STATE OF NEW JERSEY v. ALBERT REYNOLDS.

June 24, 1980.

Petition for certification denied.

ELLEN CELIA v. MATHEMA DEVELOPERS, INC.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. FELIX ROSARIO.

June 24, 1980.

Petition for certification denied.

EDITH A. RIES v. WILLIAM P. RIES.

June 24, 1980.

Petition for certification denied.